| | |
|---|---|
| 1 | ANTON HANDAL (Bar No. 113812) |
| | anh@handal-law.com |
| 2 | GABRIEL HEDRICK (Bar No. 220649) |
| | ghedrick@handal-law.com |
| 3 | HANDAL & ASSOCIATES |
| | 750 B Street, Suite 2510 |
| 4 | San Diego, California 92101 |
| | Tel: 619.544.6400 |
| 5 | Fax: 619.696.0323 |
| 6 | Attorneys for Plaintiff, |
| 7 | E.DIGITAL CORPORATION |
| 8 | STEFANI E. SHANBERG (State Bar No. 206717) |
| | sshanberg@wsgr.com |
| 9 | JENNIFER J. SCHMIDT (State Bar No. 295579) |
| | jschmidt@wsgr.com |
| 10 | MADELEINE E. GREENE (State Bar No. 263120) |
| | mgreene@wsgr.com |
| 11 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 12 | One Market Plaza |
| | Spear Tower, Suite 3300 |
| 13 | San Francisco, California 94105 |
| | Telephone: (415) 947-2000 |
| 14 | Facsimile: (415) 947-2099 |
| 15 | Attorneys for Defendant, |
| 16 | NEST LABS, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.DIGITAL CORPORATION, | Case No: 3:16-cv-00375-JST |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| NEST LABS, INC., | |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, e.Digital Corporation, and Defendant, Nest Labs, Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each party will bear its own costs and attorneys' fees. |

Dated: June 27, 2016  **HANDAL & ASSOCIATES**

By: */s/ Gabriel G. Hedrick*
Gabriel G. Hedrick

Attorneys for Plaintiff
E.DIGITAL CORPORATION

Dated: June 27, 2016  **WILSON SONSINI GOODRICH & ROSATI**

By: */s/ Stefani E. Shanberg*
Stefani E. Shanberg

Attorneys for Defendant
NEST LABS, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Gabriel G. Hedrick, am the ECF user whose ID and password are being used to file this Stipulation. I hereby attest, under penalty of perjury under the laws of the United States, that Stefani E. Shanberg has concurred in the content of the foregoing and has authorized this filing.

DATED: June 27, 2016  By:  */s/ Gabriel G. Hedrick*
Gabriel G. Hedrick

**IT IS SO ORDERED.**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____
_____
UNITED STATES DISTRICT COURT JUDGE

2
*STIPULATION OF DISMISSAL*  Case No. 3:16-cv-00375-JST

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 27th day of June, 2016 at San Diego, California.


                     */s/ Gabriel G. Hedrick*

                     Gariel G. Hedrick