ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff,
E.DIGITAL CORPORATION

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@wsgr.com
JENNIFER J. SCHMIDT (State Bar No. 295579)
jschmidt@wsgr.com
MADELEINE E. GREENE (State Bar No. 263120)
mgreene@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendant,
NEST LABS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>NEST LABS, INC.,<br><br>            Defendant. | Case No: 3:16-cv-00375-JST<br><br>**STIPULATION OF DISMISSAL** |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, e.Digital
2   Corporation, and Defendant, Nest Labs, Inc., hereby stipulate to the dismissal of the action.  All
3   claims of infringement that Plaintiff raised or could have raised in this action are dismissed
4   WITH PREJUDICE.  All claims, defenses, or counterclaims that Defendant raised are dismissed
5   WITHOUT PREJUDICE.  Each party will bear its own costs and attorneys' fees.

6   Dated:  June 27, 2016            **HANDAL & ASSOCIATES**

7
                                    By: */s/ Gabriel G. Hedrick*
8                                        Gabriel G. Hedrick

9                                        Attorneys for Plaintiff
                                         E.DIGITAL CORPORATION
10

11  Dated:  June 27, 2016            **WILSON SONSINI GOODRICH & ROSATI**

12
                                    By: */s/ Stefani E. Shanberg*
13                                       Stefani E. Shanberg

14                                       Attorneys for Defendant
                                         NEST LABS, INC.
15

16                          **ATTESTATION OF E-FILED SIGNATURE**

17      I, Gabriel G. Hedrick, am the ECF user whose ID and password are being used to file this
18  Stipulation.  I hereby attest, under penalty of perjury under the laws of the United States, that
19  Stefani E. Shanberg has concurred in the content of the foregoing and has authorized this filing.
20

21  DATED: June 27, 2016            By:   */s/ Gabriel G. Hedrick*
22                                        Gabriel G. Hedrick
23

24  **IT IS SO ORDERED.**

25  PURSUANT TO STIPULATION, IT IS SO ORDERED:

26  Dated: June 27, 2016            _____
27                                  UNITED STATES DISTRICT JUDGE
28

*IT IS SO ORDERED*
*Judge Jon S. Tigar*